UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

| | |
|---|---|
| CASE NO.: CV 17-07459 SJO (JPRx) | DATE: January 19, 2018 |
| TITLE: | Ambassador Entertainment Inc. v. Cleopatra Records Inc et al |

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz
Courtroom Clerk

Not Present
Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**

Not Present

**COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Stipulation for Dismissal filed by Plaintiff [ECF # 16]. Accordingly, the Court Orders that this matter shall be dismissed pursuant to the Stipulation of Dismissal.

All hearings set are vacated.